IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        Criminal No. 1:05-CR-443-16

v.

TANA ADKINS

## P L E A

AND NOW, this 4th day of January 2006, the within named defendant, hereby enters a plea of ___Not guilty___ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)